IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA

PAULA PERKINS,
Plaintiff,

23CV1010

v.

SANTANDER CONSUMER USA HOLDINGS INC.,
Defendant

Case No.:

COMPLAINT

INTRODUCTION

Paula Perkins (hereinafter "Plaintiff") brings this action against SANTANDER CONSUMER USA HOLDINGS INC., located at 1601 Elm Street Suite 800, Dallas, TX 75201 (hereinafter "Defendant") for alleged violations of the Truth in Lending Act (TILA), the Securities Exchange Act Rule 10b-5, North Carolina General Statutes § 14-168.1, the Fifth Amendment of the United States Constitution, Public Policy 73-10, and House Joint Resolution (HJR) 192.

PARTIES

1. Plaintiff, Paula Perkins, is a private woman, mailing address of c/o 2076 Rougemount Lane, Kernersville, North Carolina, [27284].

2. Defendant, Santander Consumer USA Holdings Inc, is a business entity operating at 1601 Elm Street Suite 800, Dallas, TX 75201.

## JURISDICTION AND VENUE

1. This Court has federal question jurisdiction over the matter pursuant to 28 USC 1331, violations alleged under federal statutes including TILA and the Securities Exchange Act.

2. Venue is proper in this District under 28 U.S.C. § 1391 as the events giving rise to the claim occurred within this District.

## DEMAND FOR JURY TRIAL

1. Plaintiff hereby demands a trial by jury on all issues so triable.

## FACTUAL ALLEGATIONS

1. Plaintiff alleges that Defendant committed violations equivalent to theft by conversion under North Carolina General Statutes, in violation of TILA and the Securities Exchange Act Rule 10b-5.

2. Defendant is accused of violating Plaintiff's Fifth Amendment rights through the wrongful repossession of a vehicle in contravention of North Carolina state laws. Notice of wrongful repossession is included in accordance with Chapter 25, Uniform Commercial Code, Article 1, General Provisions, Part 1, § 25-1-206.

3. § 25-1-201(35) of the UCC of North Carolina clarifies that this transaction involves a security interest pursuant to 15 USC 1635 and that same section was violated due to failure to give notice. This security interest was also rescinded for the record and will be entered on amendment pending the acceptance of this filing as an exhibit.

## FIFTH AMENDMENT VIOLATION OF DUE PROCESS

1. Plaintiff asserts that Defendant's repossession of the vehicle constitutes a violation of the due process clause of the Fifth Amendment, involving the deprivation of property without legal process and just compensation.

2. Defendant's failure to provide adequate notice and opportunity for the Plaintiff to be heard before repossession is a direct violation of procedural due process rights.

## KNOWING AND WILLFUL VIOLATION OF PUBLIC POLICY AND HJR 192

1. Plaintiff alleges Defendant knowingly and willfully violated Public Policy 73-10 and HJR 192, relating to the fair and equitable treatment in financial transactions and the discharge of debt.
2. CAUSES OF ACTION

3. Plaintiff asserts that Defendant's actions constitute violations of TILA, the Securities Exchange Act Rule 10b-5, North Carolina General Statutes § 14-168.1, the Fifth Amendment, Public Policy 73-10, and HJR 192.

## REQUEST FOR RELIEF

Plaintiff seeks a judgment against Defendant for:

a. Compensatory damages in the amount of the total value of the vehicle and additional fees, totaling an amount not to exceed $75,000.
b. An order for the stay of execution of the sale of the vehicle at auction.
c. The return of proper title to the Plaintiff, free and clear of any outside liens.
d. The entry of the above remedies into the court record.
e. Plaintiff further requests any other relief deemed just and appropriate by the Court.

UNSIGNED DECLARATION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 18, 2023.

Respectfully submitted,

By: *[signature]* 11/20/2023

Paula-Perkins, Agent
All Rights Reserved

2076 Rougemount Lane
Kernersville, NC 27284
(336)458-6115