IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PAULA PERKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-1010 |
| | ) | |
| SANTANDER CONSUMER USA HOLDINGS INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER AND JUDGMENT**

The plaintiff filed a complaint and a request to proceed without paying the filing fee, and later filed an amended complaint. The United States Magistrate Judge reviewed the amended complaint and application pursuant to 28 U.S.C. § 1915. The Magistrate Judge recommended dismissal of the complaint for failure to state a claim on which relief may be granted and as frivolous. Doc. 7. The Clerk served the recommendation on the plaintiff.

The plaintiff filed a paper writing entitled "Plaintiffs' amended opposition for Defendant's motion for Dismiss Including Demands for Disclosure under Federal Financial Regulations, Assertions of Conversion, and Assertion of Rights under the Holder of the Power of Appointment Act." Doc. 9. The Court will treat this paper writing as an objection to the recommendation.

The objections are full of meaningless sentences and are little more than a string of paragraphs making incoherent references to various legal concepts and statutes. She makes unclear and confusing conclusory assertions, just as she did in her original

complaint and her amended complaint. Nowhere are there any facts specific to her situation. The factual allegations in this paper writing suffer from the same defects as the amended complaint and her paper writing does not address or undermine the thoughtful and accurate analysis of the Magistrate Judge.

The Recommendation is adopted in full as to the amended complaint. The amended complaint, Doc. 6, fails to state a claim and will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). To the extent the plaintiff intended for the recent paper writing, Doc. 9, to be treated as another amended complaint, for the same reasons it also fails to state a claim and is frivolous.

In her paper writing, the plaintiff says the Magistrate Judge engaged in "judicial misconduct." Doc. 9 at 3-4. Such accusations are serious and are treated seriously. But here, the plaintiff has asserted no facts tending to show bias, conflict of interest, or other misconduct. She has not provided any specifics and relies entirely on unsupported conclusory assertions. The fact that a judge rules against a litigant is no evidence of bias or misconduct. The Court gives no credence to these irresponsible and meritless assertions, the consideration of which resulted in a waste of court time and resources.

The plaintiff is advised that unsupported accusations of misconduct are not persuasive, subjective speculation in public documents is inappropriate and waste court resources, and these frivolous accusations support a conclusion that a claim, too, is frivolous. If and when the plaintiff files another lawsuit or paper writings associated with lawsuits, she would be better served by addressing the merits in an informed and

2

Case 1:23-cv-01010-CCE-JLW   Document 10   Filed 04/26/24   Page 2 of 3

respectful manner. The plaintiff is cautioned to refrain from littering the record of this Court with conclusory accusations of wrongdoing.

It is **ORDERED AND ADJUDGED** that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim upon which relief may be granted.

This the 26th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE